## 35922. WILSON v. THE STATE.

CARLISLE, J. Upon the trial of one under an accusation charging him with the possession of non-tax-paid whisky, the burden is upon the State to establish that the whisky found in the possession of the defendant is not tax-paid (*Ivey* v. *State*, 84 *Ga. App.* 72 (3), 65 S. E. 2d 282); and where from the evidence adduced upon the trial it nowhere appears that the

whisky was not tax-paid, a verdict finding the accused guilty of possessing non-tax-paid whisky is contrary to the law and the evidence and cannot be allowed to stand. The trial court consequently erred in denying the motion for a new trial, based on the general grounds. Since the case must be remanded for a new trial, the assignments of error contained in two special grounds of the motion are not here considered as they are such as not likely to recur on another trial.

*Judgment reversed. Gardner, P. J., and Townsend, J., concur.*

Decided November 16, 1955.

*Casey Thigpen, J. D. Godfrey,* for plaintiff in error.
*Jack B. Taylor, Solicitor, J. Benton Evans,* contra.